# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **KAVIN DEACON,** | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:15-cv-00407-CLS-HGD |
| **CHRISTOPHER SHANAHAN,** | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

The magistrate judge entered a report and recommendation on April 1, 2016. The parties subsequently were allowed fourteen (14) days in which to file objections thereto. No party has filed objections to the magistrate judge's report and recommendation.

Upon consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. Accordingly, it is ORDERED, ADJUDGED, and DECREED that the petition for writ of habeas corpus is due to be and hereby is DISMISSED WITHOUT PREJUDICE as premature, to the extent petitioner seeks release under supervision. It further is ORDERED, ADJUDGED, and DECREED that the petition is DENIED, to the extent that it seeks an order for a bond hearing.

**DONE** and **ORDERED** this 25th day of April, 2016.

```
                                    _____
                                    United States District Judge
```